Robert G. KING, Relator,

v.

WOODSMAN MIDWEST, INC., and Auto–Owners Insurance Group, Respondents,

and

Kenwood Chiropractic Arts, Intervenor.

No. A04–2071.

Supreme Court of Minnesota.

March 29, 2005.

Robert E. King, pro se appellant.

Karen Ruth Swanton, Fitch, Johnson, Larson, Walsh, and Held, Minneapolis, for Auto–Owners Ins. Co., respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 30, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/ Kathleen A. Blatz
Chief Justice